IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J. AMBROGI FOOD DISTRBUTION, INC., | : : | |
| *Plaintiff*, | : : | CIVIL ACTION |
| v. | : : | No. <u>2:21-cv-01907</u> |
| TEAMSTERS LOCAL UNION NO. 929, | : : | |
| *Defendant*. | : | |

### ORDER

**AND NOW**, this 29th day of March, 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 11) and Plaintiff's Response in Opposition thereto (ECF No. 13), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.