IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J. AMBROGI FOOD DISTRIBUTION, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEAMSTERS LOCAL UNION NO. 929 | : | NO. 21-1907 |

## ORDER

**AND NOW**, this 11th day of December, 2023, upon consideration of Defendant Teamsters Local Union No. 929's Motion for Summary Judgment (Docket No. 32), all documents filed in connection therewith, and the oral argument held on September 20, 2023, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion for Summary Judgment is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant Teamsters Local Union No. 929 and against Plaintiff J. Ambrogi Food Distribution, Inc.

3. The Clerk is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.