## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J. AMBROGI FOOD** | : | |
| **DISTRIBUTION, INC.,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 21-1907** |
| | : | |
| **TEAMSTERS LOCAL** | : | |
| **UNION NO. 929,** | : | |
| **Defendant** | : | |

## **JUDGMENT**

**AND NOW**, this 11th day of April, 2024, judgment is hereby entered in favor of Defendant Teamsters Local Union No. 929, and against Plaintiff J. Ambrogi Food Distribution, Inc., in the amount of $6,144.50.

The amount requested in the Defendant's Bill of Costs (Docket No. 45) is reduced by $173.00.  The claimed costs for hosting and delivery listed on the transcript invoices are not taxable pursuant to 28 U.S.C. § 1920.  Accordingly, those costs will not be taxed.

GEORGE WYLESOL
Clerk of Court

By:    */s/ Sharon A. Hall-Moore*
Deputy Clerk